| | | |
|---|---|---|
| LANDON ROGERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:23-cv-03347-BP |
| | ) | |
| EQUIFAX INFORMATION | ) | |
| SERVICES, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL AS TO
## CREDIT CONTROL SERVICES, INC.

NOW COMES Plaintiff Landon Rogers and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

respectfully requests the Court to dismiss all claims filed against Defendant, Credit Control Services, Inc.,

with prejudice, with each party to bear its own costs.

Respectfully submitted,

**/s/ Andrew M. Esselman**
Andrew M. Esselman,  MO #64837
Credit Law Center, LLC
4041 NE Lakewood Way, Suite 140
Lee's Summit, MO 64064
Tel:    (816) 246-7800
Fax:    (855) 523-6884
andrewe@creditlawcenter.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 13th day of December 2023, the foregoing

was electronically filed with the Clerk of the Court, which sends notice to all counsel of record.


/s/     **Andrew M. Esselman**
Attorney for Plaintiff