LANDON ROGERS,           )
                        )
       Plaintiff,      )
                        )
v.                    )      Case No. 6:23-cv-03347-BP
                        )
EQUIFAX INFORMATION SERVICES LLC,  )
EXPERIAN INFORMATION SOLUTIONS,  )
INC., TRANS UNION, LLC, and     )
CREDIT CONTROL SERVICES, INC.,   )
                        )
       Defendants.    )

### DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
### ANSWER TO PLAINTIFF'S COMPLAINT

Defendant, Equifax Information Services LLC ("Equifax"), by Counsel, files its Answer

to Plaintiff's Complaint ("Complaint") as follows:

### PRELIMINARY STATEMENT

Equifax denies any and all allegations in the headings and/or unnumbered paragraphs in

the Complaint.

### ANSWER

In response to the specific allegations in the enumerated paragraphs in the Complaint,

Equifax responds as follows:

### INTRODUCTION

1. Equifax states that the FCRA speaks for itself. Equifax denies any allegation that it

violated the FCRA. To the extent Plaintiff misstates, misquotes, or mischaracterizes the FCRA,

Equifax denies the allegations in Paragraph 1. Equifax is without knowledge or information

sufficient to form a belief as to the truth of the remaining allegations in Paragraph 1.

92981763.1

## **PARTIES**

2. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2.

3. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3.

4. Equifax admits to the allegations in Paragraph 4.

5. Equifax admits to the allegations in Paragraph 5.

6. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6.

7. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7.

8. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8.

9. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9.

10. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10.

11. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11.

12. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12.

92981763.1

<h2 style="text-align:center"><strong><u>JURISDICTION AND VENUE</u></strong></h2>

13. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13.

14. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14.

<h2 style="text-align:center"><strong><u>BACKGROUND AND FACTUAL ALLEGATIONS</u></strong></h2>

15. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15.

16. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16.

17. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17. Equifax denies any allegation it reported inaccurate information on Plaintiff's credit file.

18. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18. Equifax denies any allegation it reported inaccurate information on Plaintiff's credit file.

19. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19.

20. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20.

21. Equifax denies the allegations in Paragraph 21. Equifax denies any allegation it reported inaccurate information on Plaintiff's credit file.

3

92981763.1

22. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22. Equifax denies any allegation it reported inaccurate information on Plaintiff's credit file.

23. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23.

24. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24.

25. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25.

26. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26.

27. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27.

28. Equifax denies any allegation it reported inaccurate information on Plaintiff's credit file as alleged in Paragraph 28. Equifax denies any allegation it reported inaccurate information on Plaintiff's credit file.

29. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29.

30. Equifax denies the allegations in Paragraph 30. Equifax denies any allegation it reported inaccurate information on Plaintiff's credit file.

31. Equifax denies any allegation it reported inaccurate information on Plaintiff's credit file as alleged in Paragraph 31.

4

32. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32.

33. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33. Equifax denies any allegation it reported inaccurate information on Plaintiff's credit file.

34. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34. Equifax denies any allegation it reported inaccurate information on Plaintiff's credit file.

35. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35.

36. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36.

37. Equifax denies any allegation it reported inaccurate information on Plaintiff's credit file as alleged in Paragraph 37.

## FIRST CLAIM FOR RELIEF

### Negligent and Willful Violations of 15 U.S.C. § 1681i by Equifax

38. Equifax restates its answers to Paragraphs 1 – 37.

39. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39. Equifax denies any allegation it reported inaccurate information on Plaintiff's credit file.

40. Equifax denies the allegations in Paragraph 40. Equifax denies any allegation it reported inaccurate information on Plaintiff's credit file.

5

92981763.1

41. Equifax denies the allegations in Paragraph 41. Equifax denies any allegation it reported inaccurate information on Plaintiff's credit file.

42. Equifax denies the allegations in Paragraph 42. Equifax denies it violated the FCRA.

43. Equifax denies the allegations in Paragraph 43. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

44. Equifax denies the allegations in Paragraph 44. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

45. Equifax denies Plaintiff is entitled to any relief claimed in the "WHEREFORE" Paragraph following Paragraph 44.

## SECOND CLAIM FOR RELIEF

### Negligent and Willful Violations of 15 U.S.C. § 1681i by Experian

46. Equifax restates its answers to Paragraphs 1 – 44.

47. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46.

48. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47.

49. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48.

50. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49.

51. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50.

6

92981763.1

52.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51.

## THIRD CLAIM FOR RELIEF

### Negligent and Willful Violations of 15 U.S.C. § 1681i by Trans Union

53.     Equifax restates its answers to Paragraphs 1 – 51.

54.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53.

55.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54.

56.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55.

57.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56.

58.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57.

59.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58.

## FOURTH CLAIM FOR RELIEF

### Negligent and Willful Violations of 15 U.S.C. § 1681s-2 by CCS

60.     Equifax restates its answers to Paragraphs 1 – 58.

61.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60.

92981763.1

62. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61.

63. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62.

64. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63.

65. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64.

66. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65.

67. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66.

68. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 67.

69. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 68.

70. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69.

71. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70.

## **JURY DEMAND**

72. Equifax admits that Plaintiff demands a trial by jury.

92981763.1

WHEREFORE, having fully answered or otherwise responded to the allegations in Plaintiff's Complaint, Equifax prays that:

(1) Plaintiff's Complaint be dismissed in its entirety and with prejudice, with all costs taxed against Plaintiff; and

(2) it recover such other and additional relief as the Court deems just and appropriate.

Respectfully submitted,

POLSINELLI PC

_/s/ Courtney Klaus_

| | |
|---|---|
| Phillip J. R. Zeeck | MO Bar #65298 |
| Courtney Klaus | MO Bar #75632 |

900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
pzeeck@polsinelli.com
cklaus@polsinelli.com

**ATTORNEYS FOR DEFENDANT
EQUIFAX INFORMATION SERVICES LLC**

9

92981763.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 12th day of January, 2024. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

Andrew M. Esselman
Credit Law Center
4041 NE Lakewood Way, Suite 140
Lee's Summit, MO 64064
andrewe@creditlawcenter.com

**Attorneys for Plaintiff**

*/s/ Courtney Klaus*
Attorney for Defendant
Equifax Information Services LLC

10